Hon. Marc Barreca
Chapter 7
Hearing Date: November 9, 2012
Hearing Time: 9:30 a.m.
Response Date: November 2, 2012

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re: | Case No. 10-23826-MLB |
|---|---|
| Michelle Catherine Merceri, | STIPULATION TO RE-NOTE HEARING ON MOTION TO AVOID LIEN |
| Debtor. | |

**STIPULATED RELIEF REQUESTED**

John and Marcia Belforte ("Judgment Lienholders"), by and through their counsel for the limited purpose of entering this stipulation, and Michelle Catherine Merceri ("Debtor"), by and through her counsel, have hereby stipulated that the Hearing on Motion to Avoid Lien be re-noted for November 9, 2012 at 9:30 a.m. The hearing scheduled for October 19, 2012 is hereby stricken. Oppositions to the motion shall be due by the response date of November 2, 2012.

DATED this October 17, 2012.

STIPULATION TO RE-NOTE HEARING
ON MOTION TO AVOID LIEN - 1 -
4841-1099-0609\1

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE SUITE 6100
SEATTLE, WA 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

| MARC S. STERN, ATTORNEY AT LAW | DORSEY & WHITNEY LLP |
|---|---|
| /s/ Marc Stern (by telephone authorization)<br>Marc S. Stern, WSBA No. 8194<br>1825 Northwest 65th Street<br>Seattle, WA  98117<br>(206) 448.7996<br>marc@hutzbah.com<br><br>Attorney for Debtor | /s/ Nathan. T. Alexander<br>Nathan T. Alexander, WSBA No. 37040<br>701 Fifth Avenue, Suite 6100<br>Seattle, WA  98104<br>(206) 903.8800<br>alexander.nathan@dorsey.com<br><br>Attorneys for John and Marcia Belforte<br>FOR LIMITED PURPOSE OF EXECUTING<br>THIS STIPULATION |

STIPULATION TO RE-NOTE HEARING
ON MOTION TO AVOID LIEN - 2 -

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE SUITE 6100
SEATTLE, WA 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820

## CERTIFICATE OF SERVICE

On this 17th day of October, 2012, I caused to be served a true copy of the foregoing on the following:

| | |
|---|---|
| Marc S. Stern<br>Attorney at Law<br>1825 Northwest 65th Street<br>Seattle, WA 98117<br>Tel: (206) 448.7996<br>marc@hutzbah.com | ☐ Via Messenger<br>☒ Via ECF Notification<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Overnight Mail |

*/s/ Nancy Masterson*
Nancy Masterson

STIPULATION TO RE-NOTE HEARING
ON MOTION TO AVOID LIEN - 3 -

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE SUITE 6100
SEATTLE, WA 98104
PHONE: (206) 903-8800
FAX: (206) 903-8820