**Below is the Order of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In re: | ) | NO. 10-23826-MLB |
| Michelle Catherine Merceri, | ) | ORDER AVOIDING LIEN |
| Debtor. | ) | |

THIS MATTER came on regularly for hearing before the above-signed judge of the above entitled court upon the debtor's motion for an order avoiding the judgment lien of John and Marcia Belforte as impairing her homestead exemption. The court considered the records and files herein and the debtor's declaration, and deeming itself fully advised, it is

ORDERED that the judgment lien of John and Marcia Belforte as to Michelle Merceri, in King County Cause No. 08-2-22139-3 and King County Cause No. 08-9-32386-8, is hereby avoided.

/// End of Order ///

Presented by:

*/s/ Marc S. Stern*
Marc S. Stern, WSBA #8194
Attorney for Debtor

**MARC S. STERN**
**ATTORNEY AT LAW**
**1825 NW 65TH STREET**
**SEATTLE, WA 98117**
**(206)448-7996**

ORDER AVOIDING LIEN - 1
order avoiding lien.wpd